IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBECCA MCNEIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNT CARMEL HEALTH SYSTEM, *et al.*,<br><br>Defendants. | CASE NO.: 2:20-CV-00258<br><br>JUDGE: EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE: KIMBERLY A. JOLSON |

## STIPULATION OF VOLUNTARY PARTIAL DISMISSAL
## (ALL CLAIMS OF PLAINTIFF AMELIA POWERS)

Plaintiffs, Rebecca McNeil, Beth Macioce-Quinn, Earlene Romine, Edward Wright, Brandi Wells, Akeela Bowens, Amelia Powers, Chad Readout, Jessica Sheets, and Deron Lundy (collectively, "Plaintiffs"), and Defendants, Mount Carmel Health System ("Mount Carmel"), Trinity Health Corporation ("Trinity") and Edward Lamb ("Lamb") (collectively, "Defendants"), by the stipulation of their respective undersigned counsel, hereby state and stipulate as follows:

WHEREAS, plaintiff Amelia Powers no longer wishes to prosecute this action; and

WHEREAS, counsel to the all parties have agreed that Ms. Powers' claims may be dismissed with prejudice and without costs;

**NOW, THEREFORE, IT IS STIPULATED** that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims of Amelia Powers are hereby voluntarily dismissed with prejudice and without costs.

[SIGNATURE PAGE FOLLOWS]

1/19/21

Stipulated and Agreed,

/s/ Robert S. Landy
Robert S. Landy (*Pro Hac Vice*)
Anjula Prasad (*Pro Hac Vice*)
Ford O'Brien, LLP
3575 Fifth Avenue, 17th Floor
New York, NY 10017
Telephone: (212) 858-0040
Facsimile: (646) 650-2219
rlandy@fordobrien.com
aprasad@fordobrien.com


Douglas Graff
Douglas Graff (013222)
Graff & McGovern, LPA
604 E. Rich St., 2nd Floor
Columbus, OH 43215
Telephone: (614) 215-9956
Facsimile: (614) 228-8811
doug@grafflaw.com

*Attorneys for Plaintiffs*

/s/ Kevin F. O'Shea
E. Powell Miller (*Pro Hac Vice*)
Kevin F. O'Shea (*Pro Hac Vice*)
The Miller Law Firm, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
kfo@millerlawpc.com


M. J. Asensio (0030777)
Samuel E. Endicott (0094026)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
masensio@bakerlaw.com
sendicott@bakerlaw.com

*Attorney's for Defendants*