**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:19-cv-755 | 2:20-cv-1041 | 2:20-cv-4324 |
| 2:19-cv-849 | 2:20-cv-1059 | 2:20-cv-4331 |
| 2:19-cv-3049 | 2:20-cv-1458 | 2:20-cv-4721 |
| 2:19-cv-3435 | 2:20-cv-1772 | 2:20-cv-4853 |
| 2:19-cv-3486 | 2:20-cv-1912 | 2:20-cv-4976 |
| 2:19-cv-4238 | 2:20-cv-2013 | 2:20-cv-5071 |
| 2:19-cv-4302 | 2:20-cv-2051 | 2:20-cv-5337 |
| 2:19-cv-5111 | 2:20-cv-2098 | 2:20-cv-5626 |
| 2:19-cv-5448 | 2:20-cv-2239 | 2:20-cv-5939 |
| 2:20-cv-101 | 2:20-cv-2656 | |
| 2:20-cv-160 | 2:20-cv-3089 | |
| 2:20-cv-258 | 2:20-cv-3902 | |
| 2:20-cv-572 | 2:20-cv-4223 | |

## **NOTICE**

**In light of the COVID-19 pandemic, the Court's procedures have changed. All in-person mediations are postponed; however, the parties and mediators are DIRECTED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **April 2021**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on March 1, 2021** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio