UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REBECCA MCNEIL,** *et. al.***,**

    **Plaintiffs,**

    **v.**

    Case No.: 2:20-cv-258
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kimberly A. Jolson

**MOUNT CARMEL HEALTH SYSTEM,** *et. al.***,**

    **Defendants.**

## *NUNC PRO TUNC* ORDER

On March 17, 2021, this Court issued an Opinion and Order on Defendants' Motion to Dismiss. (ECF No. 36.) This document contains scrivener's errors in the first sentence of the last paragraph of the eighth page. The document should read: "In contrast to the other Plaintiffs, this statement is reasonably capable of bearing an application to Plaintiff Romine."

    **IT IS SO ORDERED.**

**3/18/2021**                    **s/Edmund A. Sargus, Jr.**
**DATE**                         **EDMUND A. SARGUS, JR.**
                              **UNITED STATES DISTRICT JUDGE**