IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REBECCA MCNEIL, et al.,**

    Plaintiffs,

  v.

**MOUNT CARMEL HEALTH SYSTEM,** et al.,

    Defendants.

Case No. 2:20-cv-258
Judge Edmund A. Sargus
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Plaintiffs' Motion for Discovery. (Doc. 44). In their Motion, Plaintiffs represent that despite the Court ordering production of previously requested documents by June 21, 2021, Defendants still have not produced a number of those previously requested responsive documents. (*Id*. at 1). This is not the first time the parties have raised a discovery dispute with the Court. (*See* Docs. 27, 40). Most recently, the Court held a telephonic conference and subsequently reset a number of case deadlines to allow the parties more time to complete discovery. (Doc. 43). Considering those updated deadlines and the parties' responsibility to resolve discovery disputes extrajudicially under the Local Rules, Plaintiffs' Motion (Doc. 44) is **DENIED without prejudice**. The parties are **ORDERED** to meet and confer regarding these outstanding discovery requests and file a joint status report within **fourteen (14) days** from the date of this Order updating the Court on any lingering issues. Furthermore, the status conference set for June 25, 2021, is hereby **VACATED**.

    IT IS SO ORDERED.

Date: June 24, 2021

                                                      /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE