IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**REBECCA MCNEIL, et al.,**

    **Plaintiffs,**

    v.

**MOUNT CARMEL HEALTH SYSTEM,**
**et al.,**

    **Defendants.**

    **Case No. 2:20-cv-258**
    **Judge Edmund A. Sargus**
    **Magistrate Judge Kimberly A. Jolson**

## **ORDER**

This matter came before the Court for a telephonic conference on July 14, 2021. (Doc. 47). During the conference the Court directed the parties to propose a briefing schedule to address their disputes on issues of work product and attorney-client privilege. On July 16, 2021, the parties sent the Court their proposed briefing schedule. Accordingly, briefing on Defendants' Motion for a Protective Order shall proceed as follows:

- Defendants will file their Motion for a Protective Order by **August 20, 2021**;

- Plaintiffs will file their opposition to Defendants' Motion, and any cross-motion with respect to any document withheld on the ground of attorney-client privilege, by **September 3, 2021**;

- Defendants will file their reply in further support of their motion, and their opposition to Plaintiffs' cross-motion by **September 17, 2021**;

- Plaintiffs will file their reply in further support of their cross-motion by **September 22, 2021**;

Prior to the completion of briefing, Defendants will provide the Court with copies of all the documents at issue so the Court may review them *in camera*.

IT IS SO ORDERED.

Date:   July 16, 2021                                              /s/ Kimberly A. Jolson
                                                             KIMBERLY A. JOLSON
                                                             UNITED STATES MAGISTRATE JUDGE