# EXHIBIT 7



Katherine Millet <kmillet@fordobrien.com>

## Fwd: McNeil matter - Motion For Protective Order - 2 issues
1 message

**Anjula Prasad** <aprasad@fordobrien.com>  Wed, Sep 22, 2021 at 1:17 PM
To: Katherine Millet <kmillet@fordobrien.com>

Anjula S. Prasad
FORD O'BRIEN LLP
575 5th Avenue, 17th Fl.
New York, NY 10017

Tel: + 1 (212) 858-0040
aprasad@fordobrien.com
www.fordobrien.com

Begin forwarded message:

**From:** "Kevin F. O'Shea" <kfo@millerlawpc.com>
**Subject: RE: McNeil matter - Motion For Protective Order - 2 issues**
**Date:** August 25, 2021 at 10:35:49 AM EDT
**To:** Robert Landy <rlandy@fordobrien.com>
**Cc:** Doug Graff <doug@grafflaw.com>, Anjula Prasad <aprasad@fordobrien.com>

Rob, following up on my recent email, the names of those on the Incident Command Team are below, in alphabetical order.

Michelle Burnett
Dina Bush
Ben Carter
Magi Curtis
Sr. Mary Ann Dillon
Tammy Erwin
Bret Gallaway
Rick Gilfillan, M.D.
Ruth Goodell
Sofia Guadiso
Dan Hackett
Ed Hodge
Michael Holper
Samantha Irons
Sally Jeffcoat
Brett Justice
Cindy Kalis
Jason Korna
Mary LaFrancois
Ed Lamb
Melissa Lander
Gay Landstrom
John Lawson
Kaleigh Lemaster
Jim Letourneau
Tammy Lundstrom, M.D.
Chuck Marsh
Tauana McDonald

Mandi Murray
Sean McKibben
Greg Peterson
Alicia Rausch
Holly Reardon
Linda Ross
Daniel Roth, M.D.
Maria Seyrig
Mike Slubowski
Risk Streck, M.D.
Larry Swanner
Katrina Trimble
Mark Weaver
Janet Whittey

**Kevin F. O'Shea**
**The Miller Law Firm, P.C.**
950 West University Drive
Suite 300
Rochester, Michigan 48307
248-841-2200
kfo@millerlawpc.com

---

**From:** Robert Landy <rlandy@fordobrien.com>
**Sent:** Tuesday, August 24, 2021 10:34 AM
**To:** Kevin F. O'Shea <kfo@millerlawpc.com>
**Cc:** Doug Graff <doug@grafflaw.com>; Anjula Prasad <aprasad@fordobrien.com>
**Subject:** Re: McNeil matter - Motion For Protective Order - 2 issues

Of course.

At some point in the next week we can send Judge Jolson a letter to so-order revising the schedule.

Robert S. Landy
Partner
**Ford O'Brien LLP**
575 Fifth Avenue
17th Floor
New York, N. Y. 10017
(212) 858-0040 (main)
(212) 256-1047 (direct)
(646) 650-2219 (facsimile)
www.fordobrien.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
This transmission may be a confidential attorney-client
communication or may otherwise be privileged or confidential.
If you are not the intended recipient, please do not read,
copy, or re-transmit this communication. If you have received
this communication in error, please notify us by replying to
the sender of this message, and delete this message (and
your reply) and any attachments. Thank you in advance for
your cooperation and assistance.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


On Tue, Aug 24, 2021 at 9:30 AM Kevin F. O'Shea <kfo@millerlawpc.com> wrote:
> Yes, no problem as long as our Reply date is extended accordingly.

**Kevin F. O'Shea**
**The Miller Law Firm, P.C.**
950 West University Drive
Suite 300
Rochester, Michigan 48307
248-841-2200
kfo@millerlawpc.com

---

**From:** Robert Landy <rlandy@fordobrien.com>
**Sent:** Tuesday, August 24, 2021 9:27 AM
**To:** Kevin F. O'Shea <kfo@millerlawpc.com>
**Cc:** Doug Graff <doug@grafflaw.com>; Anjula Prasad <aprasad@fordobrien.com>
**Subject:** Re: McNeil matter - Motion For Protective Order - 2 issues

Thanks Kevin.

When we set the schedule I assumed August would be sleepy and I would have two largely-uninterrupted weeks to respond. Alas, in another matter I received a TRO last night with a hearing set for Friday afternoon.

The best laid schemes o' mice an' men gang aft agley.

Would you be willing to extend the schedule for that we have three weeks instead of to (such that our response would be due the Friday after Labor Day - 9/10)?

Thanks again,

Rob

Robert S. Landy
Partner
**Ford O'Brien LLP**
575 Fifth Avenue
17th Floor
New York, N. Y. 10017
(212) 858-0040 (main)
(212) 256-1047 (direct)
(646) 650-2219 (facsimile)
www.fordobrien.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
This transmission may be a confidential attorney-client
communication or may otherwise be privileged or confidential.
If you are not the intended recipient, please do not read,
copy, or re-transmit this communication. If you have received
this communication in error, please notify us by replying to
the sender of this message, and delete this message (and
your reply) and any attachments. Thank you in advance for
your cooperation and assistance.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

On Mon, Aug 23, 2021 at 3:29 PM Kevin F. O'Shea <kfo@millerlawpc.com> wrote:

> Rob, we'll provide you with control numbers for those documents as well as the names of those on the Incident Command Team. I'm confirming those names now before passing along to you.
>
> **Kevin F. O'Shea**

9/22/21, 1:19 PM
Ford/O'Brien LLP Mail - Fwd: McNeil matter - Motion for Protective Order - 2 issues
Case: 2:20-cv-00258-EAS-KAJ Doc #: 58 Filed: 09/23/21 Page: 5 of 6 PAGEID #: 1619

The Miller Law Firm, P.C.
950 West University Drive
Suite 300
Rochester, Michigan 48307
248-841-2200
kfo@millerlawpc.com

---

**From:** Robert Landy <rlandy@fordobrien.com>
**Sent:** Monday, August 23, 2021 11:11 AM
**To:** Kevin F. O'Shea <kfo@millerlawpc.com>
**Cc:** Anjula Prasad <aprasad@fordobrien.com>; Doug Graff <doug@grafflaw.com>; Daniel L. Ravitz <DLR@millerlawpc.com>
**Subject:** McNeil matter - Motion For Protective Order - 2 issues

Kevin,

Can you provide us a list of the documents (based on control number) that you will submit to the Court in camera in connection with the motion, or is it all documents on the log?

Also, I have reviewed the motion papers including the brief and affidavits. One issue is that your argument takes the position that communication strategies were prepared under the supervision of the "Incident Command Team". The papers inform us that 3 lawyers were on the team as well as the CEO and "clinical staff" among others. But we don't know who is on the Incident Command Team.

As you know, most communications on your log that went to any of Ms. Murray; Ms. Ross or Mr. Hackett (the 3 in-house lawyers) aslo went to many others -- in many instances, dozens of others. Are you willing to disclose who was on the full team?

Best,

Rob


Robert S. Landy
Partner
**Ford O'Brien LLP**
575 Fifth Avenue
17th Floor
New York, N. Y. 10017
(212) 858-0040 (main)
(212) 256-1047 (direct)
(646) 650-2219 (facsimile)
www.fordobrien.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
This transmission may be a confidential attorney-client
communication or may otherwise be privileged or confidential.
If you are not the intended recipient, please do not read,
copy, or re-transmit this communication. If you have received
this communication in error, please notify us by replying to
the sender of this message, and delete this message (and
your reply) and any attachments. Thank you in advance for
your cooperation and assistance.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*