# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| 2:17-cv-0783 | 2:21-cv-1293 | 2:21-cv-5084 |
| 2:17-cv-0924 | 2:21-cv-1460 | 2:21-cv-5092 |
| 2:19-cv-1041 | 2:21-cv-1598 | 2:21-cv-5109 |
| 2:19-cv-2477 | 2:21-cv-1639 | 2:21-cv-5234 |
| 2:19-cv-5448 | 2:21-cv-1830 | 2:21-cv-5295 |
| 2:20-cv-0258 | 2:21-cv-2594 | 2:21-cv-5308 |
| 2:20-cv-2523 | 2:21-cv-3351 | 2:21-cv-5353 |
| 2:20-cv-3916 | 2:21-cv-3597 | 2:21-cv-5892 |
| 2:20-cv-4624 | 2:21-cv-3693 | 2:22-cv-0112 |
| 2:20-cv-4660 | 2:21-cv-3892 | 2:22-cv-0354 |
| 2:20-cv-5366 | 2:21-cv-3922 | 2:22-cv-0477 |
| 2:20-cv-5390 | 2:21-cv-4103 | |
| 2:20-cv-6150 | 2:21-cv-4219 | |
| 2:20-cv-6553 | 2:21-cv-4291 | |
| 2:21-cv-0136 | 2:21-cv-4325 | |
| 2:21-cv-0496 | 2:21-cv-4840 | |
| 2:21-cv-0683 | 2:21-cv-4859 | |
| 2:21-cv-0940 | 2:21-cv-5079 | |

## **NOTICE**

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **June 2022**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on April 29, 2022** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio